# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**  Date: September 10, 2021

vs.  Case No.: 21-mj-2049DPR

**DARNELL LAMONT JENNINGS**

---

Honorable David P. Rush, presiding at Springfield, Missouri

Nature of Hearing: Initial Appearance – Complaint

Time Commenced: 11:28 a.m.  Time Terminated: 11:30 a.m.

---

## APPEARANCES

Plaintiff: Cameron Beaver, SAUSA
USPPTS: Claudia Allison

---

Proceedings: Parties appear as indicated above. Defendant appears in person.

Counsel will be appointed by subsequent order. Government moves for pretrial detention.

Preliminary Hearing and Detention Hearing set for 9/15/2021 at 10:00 a.m.

Defendant in custody.

---

Courtroom Deputy/ERO: Karla Berziel